**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00022-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RONALD LANARD WEEKS,

      Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE**
**AND MODIFYING CONDITIONS OF SUPERVISED RELEASE**

---

      THIS MATTER is before the Court on report of the probation officer regarding alleged violations of supervised release at a violation hearing held on July 14, 2006, the defendant admitted to alleged violation number 1 of supervised release and the Court finds the defendant has violated the terms and conditions of supervised release. Accordingly, it is

      ORDERED that the defendant shall be continued on supervised release and that the terms and conditions of supervised release be modified as follows:

      The U.S. Probation Officer has discretion regarding future public service work. It is

      FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

      DATED at Denver, Colorado, this 18th day of July, 2006.

      BY THE COURT:

      s/ Robert E. Blackburn
      _____
      ROBERT E. BLACKBURN
      United States District Judge